

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

SEP   1 2020

Clerk, U S District Court
District Of Montana
Billings

UNITED STATES OF AMERICA,

Plaintiff,

vs.

DARREN SAMUEL WHITEMAN,

Defendant.

CR 20-10-BLG-SPW

ORDER

Due to unavailability to hold a hearing via video at the Cascade County Detention Center and upon the Court's Own Motion,

IT IS HEREBY ORDERED that the change of plea hearing currently scheduled for Thursday, September 10, 2020 at 2:30 p.m. is **VACATED** and reset to commence on **Wednesday, October 7, 2020 at 2:30 p.m.** in the James F. Battin U.S. Courthouse, Billings, Montana.

The Clerk shall forthwith notify counsel and the U.S. Marshals Service of the making of this Order.

DATED this ___1st___ day of September, 2020.

*Susan P. Watters*

SUSAN P. WATTERS
United States District Judge

1